UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LUCAS FRAZIER, | No. 2:15-cv-1061 CKD P |
| Petitioner, | |
| v. | ORDER |
| C. WOFFORD, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. Petitioner has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court is required to conduct a preliminary review of all petitions for writ of habeas corpus filed by state prisoners. The court has reviewed the petition submitted by petitioner and finds that petitioner fails to adequately explain any basis for relief. While petitioner identifies certain legal principles like "ineffective assistance of counsel" and "fruit of the poisonous tree," petitioner fails to apply enough facts to

1

1 the legal principles identified to state any claim upon which relief could be granted.  For these
2 reasons, the original petition must be dismissed.  However, the court will grant petitioner leave to
3 amend.

4     If petitioner chooses to file an amended petition for writ of habeas corpus he must fill out
5 the form provided to him by the Clerk of the Court completely and accurately, not include any
6 claims which have not been presented to the California Supreme Court, not include any claims
7 arising under California law and briefly describe his claims by applying facts to legal principles.

8     Petitioner will be given 30 days within which to file an amended petition for writ of
9 habeas corpus.  Failure to file an amended petition within 30 days will result in dismissal of this
10 action.

11     In accordance with the above, IT IS HEREBY ORDERED that:

12     1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

13     2. Petitioner's petition for writ of habeas corpus is dismissed.

14     3. Petitioner is granted 30 days within which to file an amended petition for writ of
15 habeas corpus which complies with the terms described above.  Failure to comply with this order
16 will result in dismissal.

17     4. The Clerk of the Court is directed to send petitioner the court's form-application for
18 writ of habeas corpus by state prisoners.

19 Dated:  August 14, 2015

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

---

1
fraz1061.dis